569 A.2d 349

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Frances EVANS.**

Supreme Court of Pennsylvania.

Argued Jan. 26, 1990.

Decided Feb. 6, 1990.

William H. Ryan, Jr., Dist. Atty., Sandra L. Elias, Chief, Law & Appeals Unit, Ann Osborne, for appellant.

Peter Goldberger, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.